UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANKLIN DUNCAN and CYNTHIA DUNCAN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>VICTOR JAY GRANT, et al.,<br><br>　　　　　Defendants. | NO: 12-CV-0219-TOR<br><br>ORDER GRANTING VOLUNTARY DISMISSAL OF CERTAIN CLAIMS |

BEFORE THE COURT are Plaintiffs' motions to voluntarily dismiss their claims for intentional infliction of emotional distress, negligent infliction of emotional distress, and outrage pursuant to Federal Rule of Civil Procedure 41(a)(2) (ECF Nos. 99, 100, 101). Pursuant to the Plaintiffs' request, and in the absence of any objection by the Defendants, the Court will grant the motion.

**IT IS HEREBY ORDERED:**

Plaintiffs' motions to voluntarily dismiss their claims for intentional infliction of emotional distress, negligent infliction of emotional distress, and

ORDER GRANTING VOLUNTARY DISMISSAL OF CERTAIN CLAIMS ~ 1

1  outrage (ECF Nos. 99, 100, 101) are **GRANTED**.  These claims are hereby

2  **DISMISSED** with prejudice and without an award of fees or costs to either party.

3  All other claims remain pending.

4      The District Court Executive is hereby directed to enter this Order and

5  provide copies to counsel.

6      **DATED** July 25, 2013.

7

8                    THOMAS O. RICE
              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING VOLUNTARY DISMISSAL OF CERTAIN CLAIMS ~ 2