# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| FRANKLIN DUNCAN and CYNTHIA DUNCAN <br> *Plaintiff* <br> v. <br> VICTOR GRANT, CITY OF LIBERTY LAKE and CLINT GIBSON, <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  12-CV-0219-TOR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Judgment is entered in favor of Defendants Victor Grant, City of Liberty Lake and Clint Gibson. Judgment is also entered for Defendant Victor Grant pursuant to RCW 4.24.510 in the amount of $10,000.00 and in the amount of $2,181.00 for attorney fees (Orders at ECF Nos. 244 and 189) against Plaintiffs Franklin Duncan and Cynthia Duncan.

This action was *(check one)*:

☑ tried by a jury with Judge   THOMAS O. RICE   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   November 14, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen